# HUESTON HENNIGAN LLP

JOHN C. HUESTON
DIRECT  949 226 6740
EMAIL   JHUESTON@HUESTON.COM

OFFICE  949 229 8640
FAX     888 775 0898

620 NEWPORT CENTER DRIVE SUITE 1300 NEWPORT BEACH, CA 92660

April 29, 2019

Canada Dry Lansing
5206 Pierson Highway
Lansing, MI 48917

**Re:** **BANG Energy Drink Lawsuit**

Dear Canada Dry Lansing:

This Firm represents Monster Energy Company ("Monster") in connection with various litigation matters.  I understand that Canada Dry Lansing distributes products produced by Vital Pharmaceuticals, Inc. ("VPX"), including BANG energy drinks. Please be advised that VPX's advertising, adulteration, and misbranding of BANG in violation of federal law and related business practices are the subject of a federal lawsuit, filed by Monster, that is currently pending in the U.S. District Court for the Central District of California: *Monster Energy Company v. Vital Pharmaceuticals, Inc.*, No. 5:18-cv-1882. A copy of the First Amended Complaint that was filed on April 3, 2019 is attached hereto.

As set forth in the First Amended Complaint, Monster has contracted-for shelf space allocations at certain retailers. Any tortious interference by you or any employees, agents, or representatives with those shelf space allocations, or any acts by you to assist VPX's interference, may result in liability to you. So too will any attempts to dissuade retailers from selling any Monster Energy Company or Reign Beverage Company product, including Reign.

In light of the allegations concerning unfair and deceptive advertising, adulteration and misbranding of the BANG product, and tortious interference in the First Amended Complaint, Monster requests that Canada Dry Lansing retain and preserve all records that may be relevant to the lawsuit, including all communications with VPX or any of its subsidiaries, officers, employees, agents, or representatives.

We appreciate your prompt attention to these matters. If you have any questions, please contact me.

Sincerely,

John C. Hueston

Enclosure (First Amended Complaint)

5539828

# HUESTON HENNIGAN LLP

JOHN C. HUESTON
DIRECT  949 226 6740
EMAIL  JHUESTON@HUESTON.COM

OFFICE  949 229 8640
FAX  888 775 0898

620 NEWPORT CENTER DRIVE SUITE 1300 NEWPORT BEACH, CA 92660

April 29, 2019

Europa Sports Distributor
11401 Granite St.
Charlotte, NC 28273

**Re:** **BANG Energy Drink Lawsuit**

Dear Europa Sports Distributor:

This Firm represents Monster Energy Company ("Monster") in connection with various litigation matters. I understand that Europa Sports Distributor distributes products produced by Vital Pharmaceuticals, Inc. ("VPX"), including BANG energy drinks. Please be advised that VPX's advertising, adulteration, and misbranding of BANG in violation of federal law and related business practices are the subject of a federal lawsuit, filed by Monster, that is currently pending in the U.S. District Court for the Central District of California: *Monster Energy Company v. Vital Pharmaceuticals, Inc.*, No. 5:18-cv-1882. A copy of the First Amended Complaint that was filed on April 3, 2019 is attached hereto.

As set forth in the First Amended Complaint, Monster has contracted-for shelf space allocations at certain retailers. Any tortious interference by you or any employees, agents, or representatives with those shelf space allocations, or any acts by you to assist VPX's interference, may result in liability to you. So too will any attempts to dissuade retailers from selling any Monster Energy Company or Reign Beverage Company product, including Reign.

In light of the allegations concerning unfair and deceptive advertising, adulteration and misbranding of the BANG product, and tortious interference in the First Amended Complaint, Monster requests that Europa Sports Distributor retain and preserve all records that may be relevant to the lawsuit, including all communications with VPX or any of its subsidiaries, officers, employees, agents, or representatives.

We appreciate your prompt attention to these matters. If you have any questions, please contact me.

Sincerely,

John C. Hueston

Enclosure (First Amended Complaint)

6539828

# HUESTON HENNIGAN LLP

JOHN C. HUESTON
DIRECT 949 226 6740
EMAIL JHUESTON@HUESTON.COM

OFFICE 949 229 8640
FAX 888 775 0898

620 NEWPORT CENTER DRIVE SUITE 1300 NEWPORT BEACH, CA 92660

April 29, 2019

Triangle Distributing Company
12065 Pike Street
Santa Fe Springs, CA 90670

Re:   **BANG Energy Drink Lawsuit**

Dear Triangle Distributing Company:

This Firm represents Monster Energy Company ("Monster") in connection with various litigation matters. I understand that Triangle Distributing Company distributes products produced by Vital Pharmaceuticals, Inc. ("VPX"), including BANG energy drinks. Please be advised that VPX's advertising, adulteration, and misbranding of BANG in violation of federal law and related business practices are the subject of a federal lawsuit, filed by Monster, that is currently pending in the U.S. District Court for the Central District of California: *Monster Energy Company v. Vital Pharmaceuticals, Inc.*, No. 5:18-cv-1882. A copy of the First Amended Complaint that was filed on April 3, 2019 is attached hereto.

As set forth in the First Amended Complaint, Monster has contracted-for shelf space allocations at certain retailers. Any tortious interference by you or any employees, agents, or representatives with those shelf space allocations, or any acts by you to assist VPX's interference, may result in liability to you. So too will any attempts to dissuade retailers from selling any Monster Energy Company or Reign Beverage Company product, including Reign.

In light of the allegations concerning unfair and deceptive advertising, adulteration and misbranding of the BANG product, and tortious interference in the First Amended Complaint, Monster requests that Triangle Distributing Company retain and preserve all records that may be relevant to the lawsuit, including all communications with VPX or any of its subsidiaries, officers, employees, agents, or representatives.

We appreciate your prompt attention to these matters. If you have any questions, please contact me.

Sincerely,

John C. Hueston

Enclosure (First Amended Complaint)

5539828