# HUESTON HENNIGAN LLP

**MOEZ M. KABA**
DIRECT 213-788-4543
EMAIL MKABA@HUESTON.COM

OFFICE 213-788-4340
FAX 888 775 0898

523 W. 6TH STREET, SUITE 400, LOS ANGELES, CA 90014

May 1, 2019

**VIA EMAIL (david.kastin@vitaminshoppe.com) and FEDERAL EXPRESS**

David M. Kastin
Vitamin Shoppe, Inc.
300 Harmon Meadow Blvd.
Secaucus, NJ 07094

**Re: BANG Energy Drink Lawsuit**

Dear Mr. Kastin:

This Firm represents Monster Energy Company ("Monster") in connection with various litigation matters. I understand that Vitamin Shoppe sells products produced by Vital Pharmaceuticals, Inc. ("VPX"), including BANG energy drinks. Please be advised that VPX's advertising, adulteration, and misbranding of BANG in violation of federal law and related business practices are the subject of a federal lawsuit, filed by Monster, that is currently pending in the U.S. District Court for the Central District of California: *Monster Energy Company v. Vital Pharmaceuticals, Inc.*, No. 5:18-cv-1882. A copy of the First Amended Complaint that was filed on April 3, 2019 is attached hereto.

Particularly in light of the allegations concerning unfair and deceptive advertising, adulteration and misbranding, and tortious interference in the First Amended Complaint, Monster Energy Company requests that Vitamin Shoppe retain and preserve all records that may be relevant to the lawsuit, including all communications with VPX or any of its subsidiaries, officers, employees, agents, or representatives.

We appreciate your prompt attention to these matters. If you have any questions, please contact me.

Sincerely,

Moez M. Kaba

MMK
Enclosure

5526633

John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Steven N. Feldman, State Bar No. 281405
sfeldman@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Plaintiff
MONSTER ENERGY COMPANY, a Delaware Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida corporation; and JOHN H. OWOC a.k.a. JACK OWOC, an individual,<br><br>Defendants. | Case No. 5:18-cv-1882<br><br>**PLAINTIFF MONSTER ENERGY COMPANY'S FIRST AMENDED COMPLAINT FOR:**<br><br>1. **Violation of the Lanham Act**<br>2. **Unfair Competition**<br>3. **False Advertising**<br>4. **Trade Libel**<br>5. **Intentional Interference with Contractual Relations**<br>6. **Intentional Interference with Prospective Economic Advantage**<br>7. **Conversion**<br>8. **Larceny**<br>9. **False Patent Marking**<br>10. **Violation of the California Uniform Trade Secrets Act**<br>11. **Violation of the Defend Trade Secrets Act**<br>12. **Violation of the Computer Fraud and Abuse Act**<br><br>**DEMAND FOR JURY TRIAL** |

- 1 -
PLAINTIFF MONSTER ENERGY COMPANY'S FIRST AMENDED COMPLAINT

5521379