UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-61974-RS

**VITAL PHARMACEUTICALS, INC.,**
**d/b/a Bang Energy, a Florida corporation**,

     Plaintiff,
v.

**MONSTER BEVERAGE CORPORATION,**
*et al.*,

     Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang"), pursuant to Federal Rule of Civil Procedure 7.1, this Court's August 22, 2019, Order [DE 12] and September 30, 2019, Order [DE 19], hereby provides its certificate of interested persons and corporate disclosure statement.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Vital Pharmaceuticals, Inc. (Plaintiff);
- John Owoc (Chief Executive Officer of Bang);
- JHO Intellectual Property Holdings LLC (Owner of certain relevant intellectual property);
- Gordon Rees Scully Mansukhani LLP (Counsel for Bang);

- Miles D. Scully (Counsel for Bang);
- Timothy Branson (Counsel for Bang);
- Holly Heffner (Counsel for Bang);
- Andrew R. Schindler (Counsel for Bang);
- Marc J. Kesten (Counsel for Bang);
- Francis Massabki (Counsel for Bang);
- Certain Underwriters at Lloyds, London (Insurer of Bang);
- Monster Beverage Corporation (Defendant);
- Monster Energy Company (Defendant);
- Reign Beverage Company (Defendant);
- Energy Beverages, LLC (Defendant);
- Markerly, Inc. (Defendant);
- CSC Corporation Domains, Inc. (Defendant);
- Jennifer Quinlan (Defendant);
- Brett Martin (Defendant);
- Christin Kubsch (Defendant);
- Crystal Bowley-Reagan (Defendant);
- Summer Shores (Defendant);
- Amber N. Killmon (Defendant);
- Amanda Light (Defendant);
- Crystal Carder (Defendant);
- Laura Dawson (Defendant);
- Arianna Jonae Henderson (Defendant);
- Kristin Wong (Defendant);
- Rodney C. Sacks (Chief Executive Officer of Monster Beverage Corporation);
- Hilton H. Schlosberg (Vice Chairman, President, and Chief Operating Officer of Monster Beverage Corporation);

- The Coca-Cola Company (Distributer of Monster Beverage Corporation, Monster Energy Company, Reign Beverage Company, and Energy Beverages, LLC, products);

- Stack Fernandez Harris PA (Counsel for Monster Beverage Corporation, Monster Energy Company, Reign Beverage Company, and Energy Beverages, LLC);

- Brian Stack (Counsel for Monster Beverage Corporation, Monster Energy Company, Reign Beverage Company, and Energy Beverages, LLC);

- Robert Harris (Counsel for Monster Beverage Corporation, Monster Energy Company, Reign Beverage Company, and Energy Beverages, LLC);

- Hueston Hennigan (Counsel for Monster Beverage Corporation, Monster Energy Company, Reign Beverage Company, and Energy Beverages, LLC);

2. Bang has no parent corporation and no publicly held corporation owns 10% or more of Bang's stock.

3. No entity with publicly traded stock, equity, or debt will be substantially affected by the outcome of these proceedings.

4. Bang anticipates that additional persons may become active participants in these proceedings.

Respectfully submitted on October 21, 2019,

**MILES D. SCULLY**
*Pro Hac Vice*
mscully@grsm.com
**TIMOTHY K. BRANSON**
*Pro Hac Vice*
tbranson@grsm.com
**HOLLY HEFFNER**
*Pro Hac Vice*
hheffner@grsm.com

**GORDON REES SCULLY MANSUKHANI LLP**
101 W. Broadway, Suite 2000
San Diego, California 92101
Tel: (619) 696-6700
*Attorneys for Plaintiff,*
*Vital Pharmaceuticals, Inc.*

*s/ Andrew R. Schindler*
**ANDREW R. SCHINDLER**
Florida Bar No. 124845
*aschindler@grsm.com*

**GORDON REES SCULLY MANSUKHANI LLP**
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
Tel: (305) 428-5330
*Attorneys for Plaintiff,*
*Vital Pharmaceuticals, Inc.*

**MARC J. KESTEN**
Florida Bar No. 691801
*marc.kesten@vpxsports.com*
**FRANCIS MASSABKI**
Florida Bar No. 687901
*frank.massabki@vpxsports.com*

**VITAL PHARMACEUTICALS, INC.**
1600 North Park Dr.
Weston, FL 33326
Tel: (954) 641-0570
*Attorneys for Plaintiff,*
*Vital Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on October 21, 2019, with the Clerk by using the CM/ECF system, which will notify all counsel of record of this filing.

*s/ Andrew R. Schindler*