UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-61974-RS

VITAL PHARMACEUTICALS, INC., d/b/a
BANG ENERGY, a Florida corporation,

    Plaintiff,

v.

MONSTER BEVERAGE CORPORATION,
et al.,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, Vital Pharmaceuticals, Inc., d/b/a BANG Energy ("Bang"), and Defendants, Energy Beverages, Monster Beverage Corporation, Monster Energy Company, and Reign Beverage Company LLC ("Monster Entities"),[1] by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(f), Southern District of Florida Local Rule 16.1(b), the Court's Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statement [DE 12] and September 30, 2019, Order [DE 19], submit this Joint Scheduling Report.  The Monster Entities specially appear to jointly file this Scheduling Report and expressly preserve all defenses to Bang's Complaint, including the right to challenge jurisdiction.

    A.    *Likelihood of settlement*. This case is in its early stages; Bang and the Monster Entities require further information to fully evaluate the likelihood of settlement.  Bang believes that there is a likelihood of settlement with the individual defendants.

    B.    *Likelihood of appearance in the action of additional parties*.  Bang is still in the process of identifying further defendants that were part of the scheme detailed in the Complaint

---

[1] At the time of this Report, Defendants Energy Beverages, Monster Beverage Corporation, Monster Energy Company, and Reign Beverage Company LLC have been served while the remaining Defendants have not.  Accordingly, this Report is submitted only on behalf of Bang and the Monster Entities.

1

and anticipates the addition of further defendants.  The Monster Entities do not anticipate adding additional parties at this time, but reserve the right to do so.

   C. *Proposed time limits*. Proposed time limits to join other parties and to amend the pleadings, to file and hear motions, and to complete discovery are set forth in the Proposed Scheduling Order contemporaneously filed with this Report.

   D. *Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment*.  As the cases progresses, Bang and the Monster Entities agree to work diligently to simplify the issues as the case progresses.  The proposed deadlines for the parties to file dispositive motions is set forth in the Proposed Scheduling Order filed herewith.

   E. *Necessity or desirability of amendments to the pleadings*.  Bang may need to amend the Complaint to add additional defendants as its investigation continues.  The Monster Entities have not yet filed their responsive motions and/or pleadings.

   F. *Possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence*.  Bang and the Monster Entities have agreed to discuss obtaining admissions of fact and of documents and electronically stored information ("ESI") during the discovery process pursuant to the Federal Rules of Civil Procedure.  The parties will seek advance rulings from the Court on the admissibility of evidence, as necessary.

   G. *Suggestions for the avoidance of unnecessary proof and cumulative evidence*.  Bang and the Monster Entities will work together in good faith to enter into stipulations to avoid unnecessary proof and cumulative evidence.

   H. *Referring matters to a Magistrate Judge*. At this time, Bang and the Monster Entities do not consent to referral of dispositive motions to a Magistrate Judge or proceeding before a Magistrate Judge for trial.

   I. *Preliminary estimate of the time required for trial*. Bang and the Monster Entities preliminarily estimate that 10 to 15 days will be required for trial.

J.   *Requested date or dates for conferences before trial, a final pretrial conference, and trial*.  Bang and the Monster Entities agree on the proposed dates in the Proposed Scheduling Order filed contemporaneously with this Report.  Bang and the Monster Entities believe that the complex case management track should apply to this litigation because this litigation currently involves: (1) 17 defendants; (2) 48 pages of factual allegations; and (3) eight causes of action with multiple asserted independent bases for recovery.  Moreover, Bang anticipates amending its Complaint to add more defendants and, at this time, Bang has only served the Monster Entities.

K.   *Discovery Issues – Preservation, Disclosure, Privilege, ESI*.  At this juncture, there are no pending or anticipated discovery issues.  The parties anticipate substantial discovery regarding electronically stored information and will meet and confer to stipulate to an ESI Order that incorporates the topics listed in the Southern District Rule 16.1 ESI Checklist.

L.   *Any other information that might be helpful to the Court*.  At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pre-trial conference.

Dated: October 21, 2019

| | |
|---|---|
| *s/ Andrew R. Schindler*<br>FBN 124845<br>*aschindler@grsm.com*<br><br>**GORDON REES SCULLY MANSUKHANI LLP**<br>100 SE 2nd Street, Suite 3900<br>Miami, Florida 33131<br>Tel: (305) 428-5330<br>***Attorneys for Plaintiff*** | *s/ Brian Stack*<br>FBN 476234<br>*bstack@stackfernandez.com*<br><br>**Stack Fernandez & Harris, P.A.**<br>Suite 2650<br>1001 Brickell Bay Drive<br>Miami, Florida 33131<br>Tel: (305) 371-0001<br>***Attorneys for Energy Beverages, Monster Beverage Corporation, Monster Energy Company, and Reign Beverage Company LLC*** |