# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

VITAL PHARMACEUTICALS, INC.                    Case No. 0:19-cv-61974-RS

    Plaintiff,

    v.

MONSTER ENERGY COMPANY *et al.*,

    Defendant.
_____/

## NOTICE OF ATTORNEY APPEARANCE

Timothy A Kolaya of the law firm Stumphauzer Foslid Sloman Ross & Kolaya, PLLC hereby enters his appearance as counsel on behalf of Defendants Markerly, Inc., Crystal Reagan, Crystal Carder, Arianna Henderson, Amber Killmon, Christin Kubsch, Amanda Light, Brett Martin, Jennifer Quillen, Summer Shores and Kristin Wong in the above-captioned matter and respectfully requests service of all future pleadings, orders, and other papers at the contact information below.

Dated: November 20, 2019                       Respectfully Submitted,

                                                               */s/ Timothy A. Kolaya*
                                                               TIMOTHY A. KOLAYA
                                                               Florida Bar No. 056140
                                                               STUMPHAUZER FOSLID SLOMAN
                                                               ROSS & KOLAYA, PLLC
                                                               Two South Biscayne Blvd., Suite 2550
                                                               Miami, FL 33131
                                                               Telephone:  (305) 614-1400
                                                               Facsimile:  (305) 614-1425
                                                               tkolaya@sfslaw.com