**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61974-CIV-SMITH**

VITAL PHARMACEUTICALS,
INC.,

      Plaintiff,

v.

MONSTER BEVERAGE
CORPORATION, *et al.*,

      Defendants.

_____/

**ORDER SETTING CIVIL TRIAL DATE,**
**PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE**

    **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**March 1, 2021**. If the case cannot be tried during the two-week period, it will be re-set for each

successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on**

**Tuesday, February 23, 2021**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the complaint by      **03/09/2020**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by      **05/21/2020**

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by      **06/01/2020**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by      **07/01/2020**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by      **07/22/2020**

6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by      **07/28/2020**

7.  Fact discovery shall be completed by **09/01/2020**

8.  Expert discovery shall be completed by **09/01/2020**

9.  Mediation shall be completed by **09/17/2020**

10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **10/01/2020**

11. Deposition designations and counter designations shall be filed by **12/15/2020**

    The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.  Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by **12/15/2020**

    All motions *in limine* and the responses shall be limited to one page per issue.

13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **02/01/2021**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

14. Electronic versions of documentary exhibits and Certificates of Compliance re: Admitted Evidence shall be filed on CM/ECF by **02/16/2021**

## REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL NON-DISPOSITIVE PRETRIAL MOTIONS,** including all discovery and all motions for attorney's fees, costs, and sanctions, are **REFERRED** to Magistrate Judge Valle for appropriate resolution.

## AUDIO/VISUAL EVIDENCE

At trial, any party presenting audio/visual evidence shall have the evidence queued and edited to ensure an orderly presentation of the evidence at trial.

## COMPUTER PRESENTATION SYSTEM

The Courtroom is equipped with a high-definition document camera that may be used by the Parties to assist with the presentation of evidence at trial.  The document camera is connected to screens in the witness box and jury box, allowing counsel to display physical exhibits, such as paper documents or three-dimensional objects, while scrolling through or zooming in on specific parts of each exhibit.  Also, counsel's computer may be connected to the screens in the witness box and jury box, allowing for the presentation of computer-generated images, charts, presentations, or video on the screens.

At Calendar Call, counsel shall indicate whether he or she wishes to use the document camera and/or screens during trial.  If so, counsel are encouraged to practice with the system prior to trial.  Upon counsel's request and with sufficient advanced notice, the Courtroom Deputy would be available for assistance in this regard.

## NOTICE OF SETTLEMENT

If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial is set to commence** in order to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

*     *     *

**<u>Failure to comply with any provision of this order may result in the imposition of sanctions.</u>**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of November, 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record