UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61974-CIV-SMITH

VITAL PHARMACEUTICALS, INC.,

    Plaintiff,

v.

MONSTER BEVERAGE CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers this matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of January 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge __Cecelia M. Altonaga _____.

Copies of this Order shall be served on all pending parties of record electronically via CM/ECF, or via U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation: _____19-cv-61974-CMA_____.

**BY ORDER** of the Court this _22nd__ day of January 2020.

      ANGELA E. NOBLE
      Clerk of Court


      By:   Deputy Clerk


Copies provided to:
Counsel of record
Clerk of Court