UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61974-CIV-ALTONAGA/Strauss

**VITAL PHARMACEUTICALS, INC.**,

      Plaintiff,

v.

**MONSTER BEVERAGE CORPORATION,** *et al.*,

      Defendants.
_____/

## ORDER SCHEDULING JURISDICTIONAL DISCOVERY

**THIS CAUSE** came before the Court at a March 5, 2020 hearing (*see* [ECF No. 108]) regarding Defendants Monster Beverage Corporation; Energy Beverages, LLC; Markerly, Inc.; and Nonresident Bloggers'[1] Notice of Intent to Challenge Personal Jurisdiction [ECF No. 105] and Plaintiff Vital Pharmaceuticals, Inc.'s right to take jurisdictional discovery. For the reasons stated in open court, Plaintiff has a right to take jurisdictional discovery, and the parties shall adhere to the following schedule:

1. Plaintiff has until **March 9, 2020** to serve discovery requests pertaining to the two questions addressed at the hearing on the Nonresident Bloggers regarding personal jurisdiction.

2. Plaintiff has until **March 13, 2020** to serve discovery requests on any corporate Defendants regarding personal jurisdiction.

---

[1] The Bloggers are Brett Martin, Christin Kubsch, Crystal Bowley-Reagan, Summer Shores, Amber N. Killmon, Amanda Light, Crystal Carder, Arianna Jonae Henderson, and Kristin Wong.

3. The Nonresident Bloggers have until **March 16, 2020** to serve responses to Plaintiff's discovery requests pertaining to the two questions addressed at the hearing.

4. Plaintiff has until **March 23, 2020** to serve subpoenas on non-parties in relation to the Nonresident Bloggers' responses to Plaintiff's discovery requests.

5. The corporate Defendants have until **March 23, 2020** to serve objections to Plaintiff's discovery requests.

6. Plaintiff has until **March 26, 2020** to contact Magistrate Judge Jared Strauss to make arrangements to appear at his next available discovery calendar to address any objections by the corporate Defendants to Plaintiff's discovery requests. Plaintiff shall timely contact Magistrate Judge Jared Strauss to make arrangements to appear at his next available discovery calendar(s) to address any other objections to its discovery requests, including the scope of any depositions and objections to subpoenas by third-parties.

7. The corporate Defendants have until **April 8, 2020** to respond to Plaintiff's March 13, 2020 discovery requests, including interrogatory answers and production of documents, unless directed otherwise by the Magistrate Judge.

8. All jurisdictional discovery shall be completed by **July 1, 2020**.

9. A combined motion challenging personal jurisdiction, if appropriate given the parties' exchanges in jurisdictional discovery, shall be filed by **July 15, 2020**.

10. Response and reply memoranda to the motion challenging personal jurisdiction shall be filed within the time allowed by the Federal Rules. No extensions shall be granted.

CASE NO. 19-61974-CIV-ALTONAGA/Strauss

11. All merits discovery and additional motions addressing the sufficiency of the Amended Complaint are stayed pending resolution of the jurisdictional issues.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record